| DOCUMENTS UNDER SEAL [x] | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | REPORTER/FTR<br>11:24am - 11:31am | |
| MAGISTRATE JUDGE<br>Elizabeth D. Laporte | DATE<br>May 15, 2007 | NEW CASE [x] | CASE NUMBER<br>3-07-70279 - 02 EDL |

### APPEARANCES

| DEFENDANT<br>Manuel Hernandez Carmona | AGE<br>20 | CUST<br>Agent | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dan Blank (specially) | PD. [x]  RET. [ ]<br>APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Derek Owens | INTERPRETER<br>Nina Safdie Enoch - Spanish | | | FIN. AFFT SUBMITTED [ ] | COUNSEL APPT'D [ ] |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL [x] | PARTIAL PAYMENT OF CJA FEES [ ] |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)**

| [x] INITIAL APPEAR<br>time | [ ] PRELIM HRG<br>time | [ ] MOTION<br>time | [ ] JUGM'T & SENTG<br>time | [ ] STATUS<br>time |
|---|---|---|---|---|
| [ ] I.D. COUNSEL<br>time | [ ] ARRAIGNMENT<br>time | [ ] BOND SIGNING<br>time | [ ] IA REV PROB. or S/R<br>time | [ ] BAIL REVIEW<br>time |
| [ ] DETENTION HRG<br>time | [ ] ID/REMOVAL HRG<br>time | [ ] CHANGE PLEA<br>time | [ ] PROB. REVOC.<br>time | [ ] SUP REL HRG<br>time |

*FILED MAY 15 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### INITIAL APPEARANCE

| [x] ADVISED OF RIGHTS | [x] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [x] TRUE NAME:<br>Juan Manuel Hernandez Carmona |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>[ ] CASH  $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |
|---|---|---|

| [x] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [x] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/21/07 | [ ] I.D. COUNSEL | [ ] BOND SIGNING | [ ] STATUS RE: CONSENT | [x] STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>9:30am | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR | [ ] CHANGE OF PLEA | [ ] BAIL REVIEW |
| BEFORE HON.<br>Vadas | [x] DETENTION HEARING | ARRAIGN-MENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY/REMOVAL | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Also set for 5/17/07 at 9:30a before Magistrate Judge Vadas for ID Counsel.